# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 24, 2026

*Before*
DIANE S. SYKES, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

|  | JORDAN TALLEY-SMITH,<br>        Plaintiff - Appellant |
|---|---|
| No. 26-1631 | v. |
|  | KATHLEEN A. SULLIVAN, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:25-cv-00252-GSL-AZ<br>Northern District of Indiana, Hammond Division<br>District Judge Gretchen S. Lund | |

On consideration of the papers filed in this appeal and review of the short record,

**IT IS ORDERED** that this appeal is **LIMITED** to a review of the district court's March 18, 2026, order denying appellant's second motion for relief from the judgment.

Rule 4(a) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2107(a) require that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on October 16, 2025, and an amended judgment was entered on October 31, 2025. The district court entered its order denying a timely motion to alter or amend the judgment on December 11, 2025. Appellant then moved for relief from the judgment on December 22, 2025, and again on January 29, 2026. Because these motions were filed more than 28 days after the judgment, and because the district court had already denied one post-judgment motion, these motions did not further affect the time to appeal the judgment. *See* Fed. R. App. P. 4(a)(4); *Krivak v. Home Depot U.S.A., Inc.*, 2 F.4th 601, 606 (7th Cir. 2021).

The notice of appeal was then filed on March 30, 2026, over two months late with respect to the judgment and over one month late with respect to the denial of the first motion for relief from the judgment on January 12, 2026. The district court has not granted an extension of the appeal period, *see* Fed. R. App. P. 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b). This appeal is timely with respect to only the district court's March 18, 2026, order.

This court has further determined that any issues that could be raised with respect to this order are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See United States v. Fortner*, 455 F.3d 752, 754 (7th Cir. 2006); *Taylor v. City of New Albany*, 979 F.2d 87, 87 (7th Cir. 1992). The district court did not abuse its broad discretion in refusing to reconsider its decision to dismiss this case for failure to state a claim. A motion for relief from the judgment is not a substitute for a timely appeal. *See Banks v. Chicago Bd. of Educ.*, 750 F.3d 663, 667 (7th Cir. 2014). Accordingly,

**IT IS FURTHER ORDERED** that the March 18, 2026, order of the district court is **SUMMARILY AFFIRMED**.

form name: **c7_Order_3J**    (form ID: **177**)